UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-23981-CIV-GAYLES/OTAZO-REYES

IBELISE SANCHEZ,

          Plaintiff,

v.

ANDREW SAUL,
Commissioner of Social Security,

          Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge Alicia M. Otazo-Reyes' Report and Recommendation [ECF No. 22] ("Report"). On September 26, 2018, Plaintiff filed her Complaint seeking judicial review of the final decision of the Commissioner of Social Security (the "Commissioner") denying Plaintiff's applications for a period of disability, disability insurance benefits, and supplemental security income. [ECF No. 1]. The matter was referred to Judge Otazo-Reyes pursuant to 28 U.S.C. § 636(b)(1)(B) for a ruling on all pretrial, non-dispositive motions and for a Report and Recommendation on any dispositive motions. [ECF No. 2]. On November 26, 2019, Judge Otazo-Reyes issued her Report recommending that Plaintiff's Motion for Summary Judgment [ECF No. 19] be granted, the Commissioner's Motion for Summary Judgment [ECF No. 20] be denied, and that the case be remanded to the Commissioner for further proceedings. Neither party has timely objected to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see*

*also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court finds no clear error with Judge Otazo-Reyes' well-reasoned analysis and agrees that the case should be remanded to the Commissioner to (1) expressly weigh the medical opinions found in Dr. M.E. Garcia's treatment notes; (2) reweigh the medical opinions found in Dr. M.E. Garcia's Medical Assessment; (3) articulate a new mental residual functional capacity that takes into account the weight assigned to Dr. M.E. Garcia's medical opinions; and (4) reassess Plaintiff's symptoms and limitations in light of Dr. M.E. Garcia's medical opinions. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

(1) Judge Otazo-Reyes' Report and Recommendation [ECF No. 22] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

(2) Plaintiff's Motion for Summary Judgment [ECF No. 19] is **GRANTED**.

(3) The Commissioner's Motion for Summary Judgment [ECF No. 20] is **DENIED**.

(4) This case is **REMANDED** to the Commissioner for further proceedings in accordance with this Order.

(5) This action is **CLOSED** for administrative purposes.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of December, 2019.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE